IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDRICK E. MCSWINE,<br><br>    Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES,<br><br>    Defendant. | 8:22CV30<br><br>**ORDER** |

IT IS ORDERED:

1. Plaintiff's motion for extension of time (Filing 5) is granted; Plaintiff shall have an additional 30 days, until **March 30, 2022**, to file an amended complaint in accordance with the court's Memorandum and Order entered on January 28, 2022 (Filing 4).

2. The Clerk of Court shall reset the pro se case management deadline accordingly.

Dated this 10th day of February 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge