IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDRICK E. MCSWINE,<br><br>        Plaintiff,<br><br>vs.<br><br>HARBANS DEOL, in his official and individual capacities,<br><br>        Defendant. | 8:22CV30<br><br>**ORDER** |

IT IS ORDERED that Defendant's Motion to Strike and Motion for Leave to Amend or Supplement Summary Judgment Record (Filing 23) is granted, as follows:

1. Defendant's Filing 21-14 (Exhibit 14) is stricken as incomplete;

2. Defendant is granted leave to amend or supplement the summary judgment record with an amended Exhibit 14 within 3 days; and

3. Plaintiff's deadline to file a response to Defendant's Motion for Summary Judgment (Filing 20) shall remain unchanged.

Dated this 13th day of December, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge