IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FREDRICK E. MCSWINE,

          Plaintiff,

vs.

HARBANS DEOL, in his official and individual capacities;

          Defendant.

**8:22CV30**

**ORDER**

On December 22, 2022, Plaintiff filed what he captioned a "Motion to Denie [sic] Summary of Judgment and Evidence to Support a Trial." Filing No. 27. Upon review, it is clear that Plaintiff's "motion" is intended as his brief in opposition to Defendant's Motion for Summary Judgment, Filing No. 20, filed on December 1, 2022. *See* Filing No. 27 at 1 ("Enclosed in this *brief* also find evidence in support of a trial." (emphasis added)). Pursuant to the Court's local rules, a party opposing a motion must file a "brief that concisely states the reasons for opposing the motion." NECivR 7.1(b)(1)(A). Accordingly,

IT IS ORDERED that:

1. The Clerk's office is directed to term the motion at Filing No. 27. The Court will treat Filing No. 27 as Plaintiff's brief in opposition to Defendant's summary judgment motion.

2. Defendant shall have until January 5, 2023 to file a reply brief in support of his summary judgment motion. The Clerk of Court is directed to set a pro se case management deadline using the following text: **January 5, 2023**: deadline for Defendant's reply brief.

2

Dated this 27th day of December, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2