IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDRICK E. MCSWINE,<br><br>           Plaintiff,<br><br>vs.<br><br>HARBANS DEOL, in his official and individual capacities;<br><br>           Defendant. | 8:22CV30<br><br>ORDER |

In light of the pending dispositive Motion for Summary Judgment, Filing No. 20, which involves the issue of qualified immunity from suit, and for good cause shown,

IT IS ORDERED:

1. Defendant's Motion to Suspend Case Progression Deadlines, Filing No. 30, is granted;

2. The deadlines related to the Final Pretrial Conference Order, Filing No. 16, are suspended until further order of the Court;

3. The Final Pretrial Conference scheduled for March 8, 2023, is continued until further order of the Court; and

4. The Clerk of Court shall transmit a copy of this Order to Magistrate Judge Zwart's chambers.

Dated this 30th day of January, 2023.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge